IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03034-PAB-MEH

JOHN F. MEDVED, an individual,
DEBRA MEDVED, an individual, and
MEDVED CHEVROLET, INC., a Colorado corporation,

       Plaintiffs,

v.

ALAN DeATLEY, an individual,
LESLIE A. POWERS, an individual,
POWERS & THERRIEN, P.S., a professional services corporation, and
RICHARD DAVIS, an individual,

       Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 24, 2013.**

       Plaintiffs' Motion for Entry of a Disputed Protective Order Regarding Confidential Information [filed May 23, 2013; docket #53] is **denied without prejudice** and the proposed protective order is refused as currently drafted. The Court declines to retain continuing jurisdiction after the termination of this action, as set forth in paragraph 10.

       The Plaintiffs are permitted to re-file the motion together with a proposed order that conforms to this order. If they choose to re-file the motion, the parties are directed to provide this Court with a copy of the proposed order in Word or Word Perfect format.