IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-03034-PAB-MEH

JOHN F. MEDVED, an individual,
DEBRA MEDVED, an individual, and
MEDVED CHEVROLET, INC., a Colorado corporation,

    Plaintiffs,

v.

ALAN DEATLEY, an individual,
LESLIE A. POWERS, an individual,
POWERS & THERRIEN, P.S., a professional services corporation, and
RICHARD DAVIS, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**.

    This matter is before the Court on a Motion for Attorney's Fees filed by defendants Leslie A. Powers and Powers & Therrien, P.S. [Docket No. 85]. Federal Rule of Civil Procedure 54(d)(2)(B) permits the filing of a motion for attorney's fees no later than 14 days after the entry of judgment. The Court has not yet ruled on defendants' Motion for Entry of Judgment [Docket No. 101]; thus, defendants' Motion for Attorney's Fees is premature. Accordingly, it is

    **ORDERED** that defendants' Motion for Attorney's Fees [Docket No. 85] is **DENIED**. It is further

    **ORDERED** that defendants are hereby granted leave to re-file a motion for attorney's fees within 14 days of the entry of judgment.

    DATED November 13, 2013.